IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN SABO,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLEGHENY COUNTY, MR. SHANE DADY, RENEE MADDEN, KATHLEEN GIBBONS, M.D. THOMAS LJUNGMAN ANDREW BELL, SUBOXONE NURSE TOR PIPAK, JOHN/JANE DOE(S)** and **JOSIE SQUIB,**<br><br>Defendants. | ) | 2:25cv287<br>**Electronic Filing** |

**MEMORANDUM ORDER**

Plaintiff Benjamin Sabo ("Plaintiff") commenced this prisoner civil rights action on February 26, 2025. The case was referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 101) filed on May 12, 2026, recommended all of plaintiff's claims against Dr. Bell, Physician Assistant Gibbons, Allegheny County, Shane Dady, Renee Madden, and Physician Assistant Pipak be dismissed and leave to amend be denied as futile. Plaintiff was informed that objections to the Report and Recommendation were due by May 26, 2026. Plaintiff's objections were received on May 22, 2026.

Plaintiff's "objections" merely re-raise and rehash the arguments that were presented in opposition to the moving defendants' motions to dismiss. And given the Magistrate Judge's careful consideration of the matters raised and the thoroughness of the Report and Recommendation, plaintiff's objections do not undermine the Report and Recommendation and

therefore are overruled. In the end, each of the addressed claims is subject to dismissal for the reasons set forth in the Report and Recommendation. Consequently, the following order is appropriate.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 29th day of September, 2026,

IT IS ORDERED that [60], [62], [64] defendants Dr. Bell, Physician Assistant Gibbons, Allegheny County, Shane Dady, Renee Madden, and Physician Assistant Pipak's motions to dismiss be, and the same hereby are, granted and the claims against these defendants are dismissed with prejudice and without leave to amend. The [101] Report and Recommendation of Magistrate Judge Brown dated May 12, 2026, as augmented above is adopted as the opinion of the Court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: The Honorable Christopher B. Brown
United States Magistrate Judge

Joel S. Sansone, Esquire
Amanda N. Shields, Esquire
Elizabeth Tuttle, Esquire
Massimo A. Terzigni, Esquire
Dennis R. Biondo, Jr., Esquire
Jeffrey J. Wetzel, Esquire
Kelly B. Cullen, Esquire
Melissa Dziak, Esquire
Joseph Daniel Zottola, Esquire
Patrick L. Mechas, Esquire
Katie Pakler, Esquire

Shannon Voll Poliziani, Esquire
Mihael C. Hamilton, Esquire
Elizabeth A. Wolfe, Esquire
Tiffany Temas, Esquire

(*Via CM/ECF Electronic Mail*)